U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   JUN - 5 2012

LORETTA G. WHYTE
Clerk

Case 2:12-cv-01391-SSV-KWR   Document 13   Filed 06/05/12   Page 1 of 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION NUMBER: **12-1391**   JUDGE: **VANCE**   MAGISTRATE: **ROBY**

DALE FIRMIN

V.

RICHARD CONSTRUCTION, INC

FILED:_____   _____
                                  DEPUTY CLERK

## MOTION TO REMAND

**NOW INTO COURT,** in proper person, comes plaintiff, DALE FIRMIN, who respectfully represents that:

I.

The current action before the court does not involve a federal question, as propounded by the defendant.

II.

Should the current matter before the court be found to involve a federal question jurisdiction, the district court is procedurally barred from hearing the matter as the plaintiff has not exhausted his administrative remedies and the plaintiff has not received his Right to Sue letter. The State court, however does have jurisdiction under State law.

III.

The defendant has dual citizenship in Louisiana through his sister corporation served through the local office, as evidenced by the face of the petition, which is also his principal place of business. The defendant waived objection as to insufficiency of

Fee_____
Process_____
X Dktd_____
X CtRmDep_____
Doc No_____

TENDERED FOR FILING

JUN - 5 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

service, citation and non-joinder by making an appearance without objection.

IV.

The current action does not meet the minimum $75,000 statutory requirement.

V.

If there must be an evidentiary hearing, oral argument is requested.

**CONCLUSION**

For all of these reasons, the plaintiff moves that the district court remand this action to state court as a matter of law with all costs of this proceeding incurred by the defendant..

The plaintiff requests expedited consideration by asking the district court to remand immediately on its own accord or set for evidentiary hearing at the earliest possible opportunity.

Respectfully submitted:

_____
DALE FIRMIN, *pro per*
716 Saint Rose Avenue
Saint Rose, Louisiana 70087
504-329-8065

**CERTIFICATE OF SERVICE**

The plaintiff certifies by his signature below that he has served this Motion to Remand upon the defendant through his attorney of record by e-mailing the same, as stipulated in advanced, and additionally by depositing the same by certified mail, USPS postage paid in accordance with FRCP 5(b)(2) in compliance with LR 5.4 on the 4th day of June, 2012.

_____
DALE FIRMIN

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION NUMBER: **12-1391**   JUDGE: **VANCE**   MAGISTRATE: **ROBY**

DALE FIRMIN

V.

RICHARD CONSTRUCTION, INC

FILED:_____   _____
                                   DEPUTY CLERK

### ORDER TO REMAND

In consideration of the pleadings and evidence presented herein:

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the plaintiff's Motion to Remand is **GRANTED.** All costs of this proceeding to be incurred by the defendant.

**ORDERED, RENDERED AND SIGNED** this _____ day of June, 2012, in New Orleans, Louisiana.



_____
JUDGE

**PLEASE SERVE OR NOTIFY BY MAIL** , whichever is appropriate, the defendant through his attorney of record:

**LARRY E. DEMMONS, Esq.,** 2100 Energy Center, 1100 Poydras Street, New Orleans, Louisiana 70163-2100

**PLEASE MAIL A SIGNED COPY** to the plaintiff:

**DALE FIRMIN,** 716 Saint Rose Avenue, Saint Rose, Louisiana 70087